UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| vs. | ) | Case No. 3:07-CR-0024-RLY-CMM-03 |
| BRIAN JONES, | ) | |
| *Defendant.* | ) | |

DEFENDANT'S MOTION TO DISMISS HIS MOTION FOR REDUCTION OF SENTENCE

The Defendant, Brian Jones, by counsel, Terry Tolliver, respectfully moves the Court for an Order authorizing the dismissal of his previously filed *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)* without prejudice, in this cause and in support of this Motion says:

1. On December 19, 2023, Mr. Jones filed his *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)*. *See* Doc. 917.

2. Since that filing, the undersigned counsel has been in contact with Mr. Jones and after careful consideration and conferring with him, Mr. Jones has authorized the undersigned counsel to dismiss his request for reduction of sentence in this case.

3. Mr. Jones is thus aware of this *Motion to Dismiss* and has consented to its filing.

WHEREFORE, the Defendant, Brian Jones, prays that this Court grant this *Motion to Dismiss*, and order all other just and proper relief.

Respectfully submitted,

BRATTAIN MINNIX TOLLIVER

By: /s/ Terry Tolliver
Terry Tolliver, #22556-49
One Indiana Square, #2625
Indianapolis, Indiana 46204
(317) 231-1750 x4
Attorney for the Defendant
terry@bmtindy.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be made available by operation of the Court's CM/ECF system.

/s/ Terry Tolliver
Terry Tolliver