UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | Case No. 3:07-cr-00024-RLY-CMM-3 |
|---|---|
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| BRIAN JONES | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE:

On December 19, 2023, Defendant Brian Jones filed a motion for compassionate release under § 603 of the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A). After the United States filed its response, Defendant filed a motion to dismiss his motion for compassionate release without prejudice. The court having reviewed Defendant's motions and being duly advised, finds Defendant's motion to dismiss, dkt. [921], should be **GRANTED**. His motion for compassionate release, dkt. [917], is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Date: 3/14/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel